## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CARMEN GRAY,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**ENHANCED RESOURCE CENTERS,**<br><br>　　　　**Defendant** | )<br>)<br>)<br>)<br>)  **Case No.: 1:17-cv-00599-UNA**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice with each side to bear its own costs and fees.

Dated: August 15, 2017

　　　　　　　　　　　　　　　　　　BY: */s/ W. Christopher Componovo*
　　　　　　　　　　　　　　　　　　W. Christopher Componovo, Esquire
　　　　　　　　　　　　　　　　　　Attorney ID #3234
　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　Silverside Carr Executive Center
　　　　　　　　　　　　　　　　　　Suite 118, 501 Silverside Road
　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　Phone: (302) 791-9373
　　　　　　　　　　　　　　　　　　Facsimile: (302) 791-9476
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 15th day of August, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

**Enhanced Resource Centers**
**8014 Bayberry Road**
**Jacksonville FL 32256**

*/s/ W. Christopher Componovo*
W. Christopher Componovo Esquire
Attorney ID #3234
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
Phone: (302) 791-9373
Facsimile: (302) 791-9476
Attorney for Plaintiff